UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN A. RIGAS, and CARRIE RIGAS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-3770 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to FED. R. CIV. P. 58(a), and for the reasons set forth in the Memorandum and Order on Defendant's Motion for Summary Judgment and Plaintiffs' Motion for Summary Judgment (Doc. No. 54), judgment is hereby **ENTERED** for Defendant. Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 2nd day of May, 2011.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.